MOHAVE REALTY CORPORATION, Appellant, v. THE ARTHUR A. JOHNSON CORPORATION and REBECCA DAVIS SCHWARTZ, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J. McAvoy, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FEINBAUM, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

AUGUST O. WOLF, Appellant, v. DAILY MIRROR, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

YETTA GLADSTEIN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

MOSES GOLDEN, Appellant, v. MARION JANE McDONALD, Also Known as MARION JANE BUCKLEY, Respondent, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

LAURA WILLIAMS, Appellant, v. 12–14 WEST 119th STREET CORPORATION and SAUL N. LIEBERMAN, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

MUNICIPAL MANUFACTURING Co., INC., Appellant, v. BANK OF SICILY TRUST COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GABRIEL SERVIO, Appellant.—Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

WILLIAM H. BUTLER, Respondent, v. BUTLER ESTATES, INC., and Others, Appellants, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of CHARLOTTE BRAUNFELD, Respondent, as Administratrix, etc., of CLARENCE D. BRAUNFELD, Deceased, for Discovery of Property Claimed to Be Withheld. ANNA MARIE GETZLER, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

ERNESTINE CLARKE, as Administratrix, etc., of WALTER CLARKE, Deceased, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Glennon, JJ.

JENNIE SLAVIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

SALLY S. LINDSAY, Respondent-Appellant, v. MORTON H. FRY and Others, Appellants-Respondents.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.